Exhibit "3"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY
and GEICO CASUALTY COMPANY,

Index No.: 1:24-cv-07324-FB-LKE

Plaintiffs,

-against-

LUMAX, INC., PAVEL BALYKOV, and JOHN
DOE DEFENDANTS 1 through 10,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for

Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO

General Insurance Company, and GEICO Casualty Company (collectively, "Plaintiffs") and

Defendants Lumax, Inc. and Pavel Balykov (collectively, "Defendants") that all claims by Plaintiffs

against the Defendants are dismissed without prejudice pursuant to Fed. R. Civ. Proc. 41(a).

Plaintiffs and the Defendants shall bear their own costs and attorneys' fees in connection with the

prosecution and/or defense of this action.

Dated: ___February 2___, 2026

RIVKIN RADLER LLP

By: ___/s/ John P. Mulvaney___
    Barry Levy, Esq.
    John P. Mulvaney, Esq.
926 RXR Plaza
Uniondale, New York 11556
*Attorneys for Plaintiffs*

SCHWARTZ CONROY & HACK PC

By: _____
    Matthew J. Conroy, Esq.
    Robert Hewitt, Esq.
666 Old Country Road, Suite 900
Garden City, New York 11530
*Counsel for Defendants*